**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7288**

---

KEITH EARL GODWIN,

Plaintiff - Appellant,

versus

ROBERT H. ANDERSON, III, Assistant Attorney
General; E. EVERETT BAGNELL, Judge; E. PRESTON
GRISSOM, Judge,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior
District Judge.  (CA-95-958)

---

Submitted:  December 19, 1996       Decided:  January 6, 1997

---

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Keith Earl Godwin, Appellant Pro Se.  Maryann Shea, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Godwin v. Anderson, No. CA-95-958 (E.D. Va. July 14, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2